**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| C.H., | : | No. 51 MM 2022 |
|---|---|---|
| Petitioner | : | |
| v. | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2022, the Petition for Leave to File Appeal *Nunc Pro Tunc* is DENIED.